Monday, July 11, 2011

No. 11–8038/AF. In Re Lee W. Payton, Jr., Petitioner. On consideration of Petitioner's motion to withdraw the petition for extraordinary relief in the nature of a writ of mandamus, it is ordered that said motion is hereby granted.